# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Wellstar Energy Corp., | ) | |
| | ) | Case No. 1-17-cv-229 |
| Defendants. | ) | |

Before the court are motions for attorneys Amy J. Pierce and Joe M. Hampton to appear *pro hac vice* on Plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Pierce and Hampton have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorneys Pierce and Hampton have also paid the required admission fees to the office of the Clerk. Accordingly, the current motions (Docket Nos. 6, 7) are **GRANTED**. Attorneys Pierce and Hampton are admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 19th day of March, 2018.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge